No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

In the matter of the claim of Natalina QUATTRINI, claimant-respondent, for compensation under the Workmen's Compensation Law on account of death of Dominico Quattrini, v. The DELAWARE and HUDSON COMPANY, employer-appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals pending.

Charles A. J. QUECK-BERNER, appellant, v. WARD BAKING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion denied, without costs.

Thomas D. RAMBAUT and ano., Applts., v. Gesine ENGEL, Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Rudolf RAPP, Applt., v. Morris WOLBURG, Respt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Gittleman v. Feltman, 191 N. Y. 207, 83 N. E. 969. Order filed.

Sarah REGAN, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed. Ingraham, P. J., dissenting.

Elizabeth REICH v. Eva M. B. LANE and ano. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motions granted, with $10 costs. Orders signed.

In the Matter of Isaac B. REINHARDT. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Reargument ordered.

Frederick REISERT, respondent, v. The CITY OF NEW YORK, appellant. Frank FELTEN, respondent, v. SAME, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Motions for reargument denied, with $10 costs in each case.

Alfred RICHARDSON, appellant, v. Jules De GRANDMONT, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and orders unanimously affirmed, with costs. No opinion.

John M. RILEY and one, respts., v. Anthony SPOSATO and one, applts. (Supreme Court,

Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

In re RISLEY. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) In the matter of Edwin H. Risley, attorney at law. No opinion. Decision of motion to set aside order of disbarment deferred, in view of the fact that the reversal of the judgment of conviction by the Court of Appeals was not upon the merits and that the new trial is shortly to take place. See, also, 163 App. Div. 931, 147 N. Y. Supp. 1137.

In the Matter of Marshall O. ROBERTS, decd. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Laurien C. ROBERTSON, Applt.-Respt., v. Edward F. ROBERTSON, Gustav Lange, Jr., Respt.-Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Alfreda C. ROBINSON, respt., v. William E. WOOLEVER, applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Motion granted and appeal dismissed with costs, including $10 costs of this motion.

ROCKOW, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Arthur Rockow against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

John RODZBORSKI, respondent, v. AMERICAN SUGAR REFINING COMPANY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that either act imputed to Balder, the superintendent, in the submission, was a mere detail of the work, which would not charge the master at common law. Jenks, P. J., and Stapleton and Mills, JJ., concur. Carr and Rich, JJ., vote to affirm.

John RODZBORSKI, respondent, v. The AMERICAN SUGAR REFINING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion denied, with $10 costs.

Nellie T. ROESSLE, Respt., v. Elwood O. ROESSLE and ano., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs, on opinion on former appeal. 163 App. Div. 344, 148 N. Y. Supp. 659. Order filed.

Antonio ROMANO, respondent, v. Giuseppe D. CALDARA, appellant. (Supreme Court, Appellate Division, Second Department. Jan-